# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A. | U.S. District Court | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination ☐ Initial ✔ Annual ☐ Final  Date  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 4-730
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Enterprise Bank, Lowell MA (director's fees) |
| 2. | 2011 | Raytheon Company (employment income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 03/25/2011 - 03/26/2011 | New York, New York | Dinner in Honor of Federal Judiciary | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Company common | A | Dividend | J | T | | | | | See note 2 in Part VIII. |
| 2. Same | A | Dividend | J | T | | | | | |
| 3. Same | A | Dividend | J | T | | | | | |
| 4. Absolute Strategies Fund | A | Dividend | J | T | | | | | |
| 5. Same | A | Dividend | J | T | | | | | |
| 6. Same | A | Dividend | J | T | | | | | |
| 7. Allianz NFJ Intl Value Fund | A | Dividend | K | T | | | | | |
| 8. Same | A | Dividend | J | T | | | | | |
| 9. Same | A | Dividend | J | T | | | | | |
| 10. Apache Corp. common | A | Dividend | J | T | | | | | |
| 11. Same | A | Dividend | J | T | | | | | |
| 12. Same | A | Dividend | J | T | Sold (part) | 05/11/11 | J | B | |
| 13. Apple common | | None | J | T | | | | | |
| 14. Bank of America deposit accounts | A | Interest | M | T | | | | | |
| 15. BHP Billiton ADR | A | Dividend | J | T | | | | | |
| 16. Same | A | Dividend | J | T | | | | | |
| 17. Same | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BMC Software common | | None | J | T | | | | | |
| 19. CF Industries common | A | Dividend | J | T | | | | | |
| 20. CVS Caremark common | A | Dividend | J | T | | | | | |
| 21. Same | A | Dividend | J | T | | | | | |
| 22. Dentsply Int common | A | Dividend | J | T | | | | | |
| 23. Diageo ADR | A | Dividend | J | T | | | | | |
| 24. Dreyfus Instl. Cash Mgmt Fund | A | Interest | M | T | | | | | |
| 25. Same | A | Interest | K | T | | | | | |
| 26. Same | A | Interest | K | T | | | | | |
| 27. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |
| 28. Same | B | Dividend | L | T | | | | | |
| 29. EQT Corp. common | A | Dividend | J | T | | | | | |
| 30. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 31. Same | A | Dividend | J | T | | | | | |
| 32. Same | A | Dividend | J | T | | | | | |
| 33. Exelon Corp. common | A | Dividend | | | Sold | 03/23/11 | J | | |
| 34. Same | A | Dividend | | | Sold | 03/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Expeditors Int'l of Washington common | A | Dividend | J | T | | | | | |
| 36. Express Scripts common | | None | J | T | Buy | 03/23/11 | J | | |
| 37. Exxon Mobile common | A | Dividend | K | T | | | | | |
| 38. Fidelity Inst Money Market fund | A | Interest | J | T | | | | | |
| 39. Same | A | Interest | J | T | | | | | |
| 40. Franklin Int'l Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 41. Same | A | Dividend | J | T | | | | | |
| 42. Same | A | Dividend | J | T | | | | | |
| 43. Frontegra Netols Small Cap Value Fund | | None | J | T | | | | | |
| 44. Same | | None | J | T | | | | | |
| 45. General Dynamics common | A | Dividend | J | T | | | | | |
| 46. Illinois Tool Works common | A | Dividend | J | T | | | | | |
| 47. IBM common | A | Dividend | J | T | | | | | |
| 48. Same | A | Dividend | J | T | | | | | |
| 49. iShares Barclays 1-3 yr Treas Bond Fund | A | Dividend | L | T | | | | | |
| 50. Same | A | Dividend | | | Sold | 05/11/11 | K | A | |
| 51. iShares Barclays 1-3 yr Credit Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Same | A | Dividend | K | T | | | | | |
| 53. iShares Nasdaq Biotech Fund | A | Dividend | J | T | | | | | |
| 54. Same | A | Dividend | J | T | | | | | |
| 55. Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 56. JP Morgan Research Mkt. Neutral fund | | None | J | T | | | | | |
| 57. Manulife Financial common | A | Dividend | K | T | | | | | |
| 58. Matthews Asian Growth fund | A | Dividend | J | T | | | | | |
| 59. Matthews Pacific Tiger fund | A | Dividend | J | T | | | | | |
| 60. Same | A | Distribution | J | T | | | | | |
| 61. Merger Fund | A | Dividend | J | T | Buy (add'l) | 03/23/11 | J | | |
| 62. Same | A | Dividend | J | T | Buy (add'l) | 03/23/11 | J | | |
| 63. Same | A | Dividend | J | T | | | | | |
| 64. Mettler-Toledo Intl. common | | None | J | T | | | | | |
| 65. Microsoft common | A | Dividend | J | T | | | | | |
| 66. Same | A | Dividend | J | T | | | | | |
| 67. Novartis AG spnsrd ADR | A | Dividend | J | T | | | | | |
| 68. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 70. Pepsico common | A | Dividend | J | T | | | | | |
| 71. PIMCO 1-5 yr US TIPS index fund | A | Dividend | | | Sold | 03/23/11 | J | A | |
| 72. Same | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 73. Same | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 74. Praxair, Inc. common | A | Dividend | J | T | | | | | |
| 75. Same | A | Dividend | J | T | | | | | |
| 76. Princeton Futures Strategy Fund I | | None | J | T | Buy | 03/23/11 | J | | |
| 77. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 78. Same | A | Dividend | J | T | | | | | |
| 79. Raytheon common | D | Dividend | L | T | Sold (part) | 04/15/11 | K | | |
| 80. | | | | | Sold (part) | 12/27/11 | K | | |
| 81. | | | | | Sold (part) | 12/30/11 | J | | |
| 82. Raytheon options | | None | K | T | | | | | |
| 83. Raytheon Savings and Investment Plan | D | Int./Div. | N | T | | | | | |
| 84. -Raytheon Stock Fund | | | | | | | | | |
| 85. -Real Estate Securities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -NT Aggregate Bond Index Fund | | | | | | | | | See Part VIII, note 3. |
| 87. | -PIMCO Total Return Inst | | | | | | | | | |
| 88. | --Fidelity Inst Money Mkt | | | | | | | | | |
| 89. | Regency Centers | A | Dividend | | | Sold | 03/23/11 | J | A | |
| 90. | Royal Dutch Shell plc spnsrd ADR | A | Dividend | J | T | | | | | |
| 91. | Sempra Energy common | A | Dividend | J | T | | | | | |
| 92. | Same | A | Dividend | J | T | | | | | |
| 93. | Same | A | Dividend | J | T | | | | | |
| 94. | SPDR Gold Trust | | None | J | T | | | | | |
| 95. | Same | | None | J | T | | | | | |
| 96. | Stericycle,Inc. common | | None | J | T | | | | | |
| 97. | Same | | None | J | T | | | | | |
| 98. | Same | | None | J | T | | | | | |
| 99. | Templeton Global Bond Fund | B | Dividend | K | T | | | | | |
| 100. | Same | B | Dividend | K | T | | | | | |
| 101. | Same | B | Dividend | K | T | | | | | |
| 102. | Teva Pharmaceuticals ADR | A | Dividend | | | Sold | 03/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Same | A | Dividend | J | T | Sold (part) | 03/23/11 | J | A | |
| 104.  Thermo Fisher common | | None | J | T | | | | | |
| 105.  Same | | None | J | T | | | | | |
| 106.  Thomas White Intl Fund | | None | J | T | | | | | |
| 107.  Same | | None | J | T | | | | | |
| 108.  Thornburg Intl Value Fund | A | Dividend | K | T | | | | | |
| 109.  Same | A | Dividend | J | T | | | | | |
| 110.  Same | A | Dividend | J | T | | | | | |
| 111.  Tortoise Energy Infrastructure Corp. | A | Dividend | J | T | | | | | |
| 112.  Same | A | Dividend | J | T | | | | | |
| 113.  Same | A | Dividend | J | T | | | | | |
| 114.  Tortoise MLP Fund | A | Dividend | J | T | Buy | 03/23/11 | J | | |
| 115. | A | Dividend | J | T | Buy | 03/23/11 | J | | |
| 116. | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 117.  Vanguard Emerging Mkts. Index Fund | | None | J | T | | | | | |
| 118.  Same | | None | J | T | | | | | |
| 119.  Same | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 121. Same | A | Dividend | J | T | | | | | |
| 122. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | K | T | Buy | 03/23/11 | K | | |
| 123. Vanguard Short-Term Inv Grade Fund | A | Dividend | J | T | | | | | |
| 124. Same | A | Dividend | K | T | | | | | |
| 125. Same | A | Dividend | J | T | | | | | |
| 126. Verizon Communications common | A | Dividend | J | T | | | | | |
| 127. Same | A | Dividend | J | T | | | | | |
| 128. Wal-Mart common | A | Dividend | J | T | | | | | |
| 129. Walthausen Small Cap Value | | None | J | T | | | | | |
| 130. Same | | None | J | T | | | | | |
| 131. Wisdomtree Intl Real Estate Index ETF | A | Dividend | | | Buy | 03/23/11 | J | | |
| 132. | | | | | Sold | 12/13/11 | J | | |
| 133. Same | A | Dividend | | | Buy | 03/23/11 | J | | |
| 134. | | | | | Sold | 12/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  The trust identified in Part I is a _____ trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2.  General comment regarding reporting in Part VII: As in past years, most of the assets reported are held in three separate accounts managed by an investment adviser. For convenience in tracking year-to-year changes, the assets are reported by reference to the separate accounts, resulting in some cases (as in lines 1-3, for example) in multiple reports for the same identified asset. The designation "Same" is used to indicate a separate account. If there were multiple transactions within the same account during the year, the designation "Same" is used for the first, but not subsequent transactions within that account.

3.  Funds held in the BGI US Debt Index Fund were transferred to the Northern Trust Aggregate Bond Fund on 08/31/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544